IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANTHONY ALLEN , | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 3:13-CV-851-NJR-DGW |
| | ) |
| SGT. CHAD HASEMEYER, C/O BRAD COLEMAN, C/O MAYNARD HUDSON, MICHAEL A. MIFFLIN, SGT JERRY WHITTHOFT, C/O LANCE PHELPS, and KIMBERLY BUTLER, | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL ACTION

**DECSISION BY THE COURT:**

This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that by Order dated **January 8, 2016** (Doc. 221), Defendants Hasemeyer, Coleman, Hudson, Mifflin, Whitthoft, Phelps, and Butler were **DISMISSED with prejudice**. This action is **DISMISSED in its entirety**.

IT IS SO ORDERED.

DATED: January 8, 2016

JUSTINE FLANAGAN, Acting Clerk

By: s/ Deana Brinkley
Deputy Clerk


APPROVED: s/ Nancy J. Rosenstengel
NANCY J. ROSENSTENGEL
United States District Judge